UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

WORCESTER, ss.

| | | |
|---|---|---|
| COLLEGE HILL PROPERTIES, LLC, | ) | |
| CARO STREET PROPERTIES, LLC, | ) | |
| CLAY STREET PROPERTIES, LLC, | ) | |
| PAUL F. GIORGIO, individually and | ) | |
| DIANA H. GIORIGO, individually, | ) | |
| Plaintiffs | ) | |
| | ) | |
| v. | ) | C.A. No. 15-CV-40009 |
| | ) | |
| THE CITY OF WORCESTER, by and through the DEPARTMENT OF BUILDING AND ZONING; the DEPARTMENT OF HEALTH AND HOUSING INSPECTIONS; the DEPARTMENT OF INSPECTIONAL SERVICES; the BOARD OF PUBLIC HEALTH; WORCESTER POLICE DEPARTMENT; the City Manager, MICHAEL V. O'BRIEN in his Official and individual capacities; City Councilor BARBARA HALLER in her Official and individual capacities; Commissioner of Building and Zoning JOHN R. KELLY, in his Official and individual capacities; Director of Housing and Health Inspections AMANDA M. WILSON, in her Official and individual capacities; Code Enforcement Officer and Housing and Health Inspector JOHN NORDBERG, in his Official and individual capacities; Code Enforcement Officer and Housing and Health Inspector JOHN CARLSON, in his Official and individual Capacities; Police Chief GARY GEMME, in his Official and individual capacities; Police Lieutenant JAMES SHUGRUE, in his Official and individual capacities; | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants | ) | |

## NOTICE OF REMOVAL OF CIVIL ACTION FROM STATE COURT TO THE UNITED STATES DISTRICT COURT

Defendants, City of Worcester, Department of Building and Zoning, Department of Health and Housing Inspections, Department of Inspectional Services, Board of Public Health, Worcester Police Department, Michael V. O'Brien, Barbara Haller, John R. Kelly, Amanda M. Wilson, John Nordberg, John Carlson, Gary Gemme and James Shugrue (hereinafter, Defendants), hereby file this Notice of Removal, pursuant to 28 U.S.C. §§ 1441(a) and (b) and 1446, to remove the above-captioned case now pending in the Superior Court, Department of the Trial Court, Commonwealth of Massachusetts, in and for the County of Worcester. As grounds for the removal, these Defendants state the following:

1.   On December 8, 2014, this action was filed in the Superior Court of Worcester County, Massachusetts, as Civil Action No. WOCV2014-02176A. As the Verified Complaint cites generally to a federal civil rights cause of action, pursuant to 42 U.S.C. § 1983, Defendants file this Notice of Removal to federal court.

2.   Process was served for the Verified Complaint on the City of Worcester on December 23, 2014; the Division of Housing and Health Inspections, the Department of Inspectional Services, the Board of Public Health, Michael V. O'Brien, the City Manager of Worcester, Amanda Wilson, John Nordberg, John Carlson, and James Shugrue were all served on December 22, 2014. (See Worcester Superior Court Docket, included as part of State Court Record.)

3.   This action is a civil action brought by Plaintiffs in which they seek, among other things, to recover damages they allegedly suffered when the Defendants allegedly violated their civil rights under 42 U.S.C. § 1983. (See Plaintiffs' Verified Complaint, State Court Record.)

4. The action is one of which this Court has original jurisdiction under the provisions of 28 U.S.C. § 1331 and 42 U.S.C. § 1983, and is one which may be removed to the District Court by Defendants pursuant to the provisions of 28 U.S.C. § 1441(a) and (b) in that it is a civil action containing claims or rights arising under the laws of the United States.

5. This notice is filed within thirty days after the referenced Defendants were served with the Verified Complaint.

6. Copies of all process, pleadings, and orders either served upon Defendants or filed in the State Court action will be filed herein.  (See State Court Record.)

WHEREFORE, City of Worcester, Department of Building and Zoning, Department of Health and Housing Inspections, Department of Inspectional Services, Board of Public Health, Worcester Police Department, Michael V. O'Brien, Barbara Haller, John R. Kelly, Amanda M. Wilson, John Nordberg, John Carlson, Gary Gemme and James Shugrue give notice that this action is removed from the Worcester Superior Court to this Court.

CITY OF WORCESTER, ET ALS.

By their attorneys,

David M. Moore
City Solicitor

*/s/ Wendy L. Quinn*
Wendy L. Quinn (BBO#653954)
Kevin M. Gould (BBO#661545)
Ann S. Refolo (BBO#650342)
Assistant City Solicitors
City Hall, Room 301
455 Main Street
Worcester, MA  01608
(508) 799-1161
quinnwl@worcesterma.gov
gouldk@worcesterma.gov
refoloa@worcesterma.gov

CERTIFICATE OF SERVICE

I, Wendy L. Quinn, hereby certify that on this 9th day of January, 2015, the within Notice of Removal of Civil Action From State Court to the United States District Court was served upon Plaintiffs through service to Plaintiffs' counsel of record, Eric Stafford, Esq., via the United States District Court's electronic notification system.

/s/ Wendy L. Quinn
Wendy L. Quinn
Assistant City Solicitor