UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

WORCESTER, ss.

| | |
|---|---|
| COLLEGE HILL PROPERTIES, LLC, ) <br> CARO STREET PROPERTIES, LLC, ) <br> CLAY STREET PROPERTIES, LLC, ) <br> PAUL F. GIORGIO, individually and ) <br> DIANA H. GIORIGO, individually, ) <br>                 Plaintiffs ) <br> ) <br> v. ) <br> ) <br> THE CITY OF WORCESTER, by and through ) <br> the DEPARTMENT OF BUILDING AND ) <br> ZONING; the DEPARTMENT OF HEALTH ) <br> AND HOUSING INSPECTIONS; the ) <br> DEPARTMENT OF INSPECTIONAL ) <br> SERVICES; the BOARD OF PUBLIC HEALTH; ) <br> WORCESTER POLICE DEPARTMENT; the ) <br> City Manager, MICHAEL V. O'BRIEN in his ) <br> Official and individual capacities; City Councilor ) <br> BARBARA HALLER in her Official and ) <br> individual capacities; Commissioner of Building ) <br> and Zoning JOHN R. KELLY, in his Official and ) <br> individual capacities; Director of Housing and ) <br> Health Inspections AMANDA M. WILSON, in ) <br> her Official and individual capacities; Code ) <br> Enforcement Officer and Housing and Health ) <br> Inspector JOHN NORDBERG, in his Official and ) <br> individual capacities; Code Enforcement Officer ) <br> and Housing and Health Inspector ) <br> JOHN CARLSON, in his Official and individual ) <br> Capacities; Police Chief GARY GEMME, in his ) <br> Official and individual capacities; Police ) <br> Lieutenant JAMES SHUGRUE, in his Official and ) <br> individual capacities; ) <br>                 Defendants ) | C.A. No. 15-CV-40009 |

## ASSENTED TO MOTION FOR EXTENSION OF DEADLINE FOR AN ANSWER OR RESPONSIVE PLEADING

Defendants, with Plaintiffs' assent, hereby move for an extension of the deadline for an answer or responsive pleading to February 12, 2015. This case involves multiple parties and many issues of law, and additional time is needed for the Defendants to research the alleged facts and the bases for Plaintiffs' Verified Complaint and Demand for Jury Trial.

WHEREFORE, Defendants, with Plaintiffs' assent, hereby move this court for an extension of the deadline for an answer or responsive pleading to February 12, 2015.

CITY OF WORCESTER, ET ALS.

By their attorneys,

David M. Moore
City Solicitor

*/s/ Wendy L. Quinn*
Wendy L. Quinn (BBO#653954)
Kevin M. Gould (BBO#661545)
Ann S. Refolo (BBO#650342)
Assistant City Solicitors
City Hall, Room 301
455 Main Street
Worcester, MA 01608
(508) 799-1161
quinnwl@worcesterma.gov
gouldk@worcesterma.gov
refoloa@worcesterma.gov

ASSENTED TO:
COLLEGE HILL PROPERTIES, LLC,
ET ALS.

By their attorneys,

*/s/ Eric Stafford*
Jeffrey A. Denner (BBO # 120520)
Eric Stafford (BBO#551074)
Jeffrey Denner Associates, P.C.
4 Longfellow Place, 35th Floor
Boston, MA 02114
(617) 227-2800
atty.ericstafford@gmail.com

CERTIFICATE OF CONFERENCE PURSUANT TO LOCAL RULE 7.1

I, the undersigned, hereby certify that the parties have conferred and narrowed the issues in dispute so that the above motion is filed with Plaintiffs' assent.

*/s/ Wendy L. Quinn*
Wendy L. Quinn

CERTIFICATE OF SERVICE

I, Wendy L. Quinn, hereby certify that on this 9th day of January, 2015, the within Assented to Motion for Extension of Deadline for an Answer or Responsive Pleading was served upon Plaintiff through service to via the United States District Court's electronic notification system.

*/s/ Wendy L. Quinn*
Wendy L. Quinn
Assistant City Solicitor