UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| COLLEGE HILL PROPERTIES, LLC, <br> CARO STREET PROPERTIES, LLC, <br> CLAY STREET PROPERTIES, LLC, <br> PAUL F. GIORGIO, individually and <br> DIANA H. GIORIGO, individually, <br>             Plaintiffs <br><br> v. <br><br> THE CITY OF WORCESTER, by and through <br> the DEPARTMENT OF BUILDING AND <br> ZONING; the DEPARTMENT OF HEALTH <br> AND HOUSING INSPECTIONS; the <br> DEPARTMENT OF INSPECTIONAL <br> SERVICES; the BOARD OF PUBLIC HEALTH; <br> WORCESTER POLICE DEPARTMENT; the <br> City Manager, MICHAEL V. O'BRIEN in his <br> Official and individual capacities; City Councilor <br> BARBARA HALLER in her Official and <br> individual capacities; Commissioner of Building <br> and Zoning JOHN R. KELLY, in his Official and <br> individual capacities; Director of Housing and <br> Health Inspections AMANDA M. WILSON, in <br> her Official and individual capacities; Code <br> Enforcement Officer and Housing and Health <br> Inspector JOHN NORDBERG, in his Official and <br> individual capacities; Code Enforcement Officer <br> and Housing and Health Inspector <br> JOHN CARLSON, in his Official and individual <br> Capacities; Police Chief GARY GEMME, in his <br> Official and individual capacities; Police <br> Lieutenant JAMES SHUGRUE, in his Official and <br> individual capacities; <br>             Defendants | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | <br><br><br><br><br><br><br><br>C.A. No. 15-CV-40009-TSH |

## **DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' COMPLAINT**

Now come the Defendants, City of Worcester (City), Department of Building and Zoning, Department of Health and Housing Inspections, Department of Inspectional Services, Board of Public Health, Worcester Police Department, Michael V. O'Brien, Barbara Haller, John

R. Kelly, Amanda Wilson, John Nordberg, John Carlson, Gary Gemme and James Shugrue, and hereby move this Court, pursuant to Fed. R. Civ. P. 12(b)(6) to dismiss Plaintiffs' Complaint for failure to state a claim upon which relief can be granted.

On December 8, 2014, Plaintiffs filed this action in the Worcester Superior Court, alleging various federal and state civil rights violations against the Defendants. (Doc. No.7). Plaintiffs' cause of action arises from the City's civil enforcement of the lodging house statutory system, G.L. c. 140, § 22-32 (Lodging House Act), on or about 2009 and 2010, in the Worcester Division of the Housing Court Department (Housing Court) against Plaintiffs for the operation of unlicensed lodging houses at various multi-unit rental properties in Worcester, Massachusetts. (Plaintiffs' Complaint, generally). Plaintiffs' Complaint sets forth the following federal and state claims against all Defendants:

> Count I –    Violation of Federal Civil Rights-42 U.S.C. § 1983 (Fifth and Fourteenth Amendments);
> Count II –   Violation of Federal Civil Rights-42 U.S.C. § 1983 (Fourteenth Amendment-Substantive Due Process);
> Count III –  Violation of Federal Civil Rights-42 U.S.C. § 1983 (Fourteenth Amendment-Equal Protection); &
> Count IV –   Violation of Massachusetts Civil Rights Act (G.L. c. 12, §§ 11H-I).

However, Plaintiffs' Complaint fails as a matter of law and must be dismissed. In support of this motion, Defendants state the following: 1) the named City departments are not independent legal entities subject to suit; 2) Plaintiffs' federal civil rights claims and state civil rights claims are barred by the applicable statute of limitations; 3) assuming, *arguendo*, Plaintiffs' claims are not time-barred, Plaintiffs' Complaint fails to state plausible federal and state civil rights claims against the Defendants; and 4) Defendants are entitled to qualified immunity.

In further support of this motion, the Defendants reference and incorporate the Memorandum of Law filed herewith.

WHEREFORE, all claims against Defendants, Counts I-IV of Plaintiffs' Complaint, should be dismissed.

CITY OF WORCESTER ET AL.,

By their attorneys,

David M. Moore
City Solicitor

*/s/ Kevin M. Gould*
Wendy L. Quinn (BBO# 653954)
Kevin M. Gould (BBO# 661545)
Ann S. Refolo (BBO# 650342)
Assistant City Solicitors
City Hall, Room 301
455 Main Street
Worcester, MA 01608
(508) 799-1161
gouldk@worcesterma.gov

### CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(A)(2)

I, Kevin M. Gould, hereby certify that Defendants' counsel has complied with Local Rule 7.1(A)(2) and attempted to confer with opposing counsel regarding the within motion in good faith; however, the parties were unable to resolve or narrow the issues presented.

*/s/ Kevin M. Gould*
Kevin M. Gould

CERTIFICATE OF SERVICE

      I, Kevin M. Gould, hereby certify that, on this 9th of February, 2015, the within Defendants' Motion to Dismiss Plaintiffs' Complaint was served upon all counsel of record through this Court's electronic filing system as identified on the Notice of Electronic Filing, and there are no non-registered participants.

      */s/ Kevin M. Gould*
      Kevin M. Gould
      Assistant City Solicitor