| APPLICATION FOR CRIMINAL COMPLAINT | APPLICATION NO. (COURT USE ONLY) | PAGE 1 of 1 | Trial Court of Massachusetts District Court Department |
|---|---|---|---|

I, the undersigned complainant, request that a criminal complaint issue against the accused charging the offense(s) listed below. If the accused HAS NOT BEEN ARRESTED and the charges involve:

☒ ONLY MISDEMEANOR(S), I request a hearing ☐ WITHOUT NOTICE because of an imminent threat of
☐ BODILY INJURY ☐ COMMISSION OF A CRIME ☐ FLIGHT ☒ WITH NOTICE to accused.
☐ ONE OR MORE FELONIES, I request a hearing ☐ WITHOUT NOTICE ☐ WITH NOTICE to accused.
☐ WARRANT is requested because prosecutor represents that accused may not appear unless arrested.

WORCESTER DISTRICT COURT
225 Main Street
Worcester MA 01608

7308

ARREST STATUS OF ACCUSED
☐ HAS   ☒ HAS NOT been arrested

### INFORMATION ABOUT ACCUSED

NAME (FIRST MI LAST) AND ADDRESS:
PAUL GIORGIO
17 DAVIS RD,
MILLBURY MA, 01527

BIRTH DATE: [redacted]
SOCIAL SECURITY NUMBER: [redacted]
PCF NO.:
MARITAL STATUS: [redacted]
DRIVERS LICENSE NO.:
STATE: MA
GENDER: Male
HEIGHT: N/A
WEIGHT: 6
EYES:
HAIR: BRO
RACE: Unknown
COMPLEXION: FA
SCARS/MARKS/TATTOOS:
BIRTH STATE OR COUNTRY:
DAY PHONE: [redacted]
EMPLOYER/SCHOOL:
MOTHER'S MAIDEN NAME (FIRST MI LAST) MC: NOK:
FATHER'S NAME (FIRST MI LAST) MC: NOK:

### CASE INFORMATION

COMPLAINANT NAME (FIRST MI LAST): Lieutenant James M Shugrue
COMPLAINANT TYPE: ☒ POLICE ☐ CITIZEN ☐ OTHER
PD. Police Department

ADDRESS: Police Department
911 LINCOLN SQ
Worcester MA 01605

PLACE OF OFFENSE: 38 caro worcester MA
INCIDENT REPORT NO.: 2011000074869
OBTN: TWOR0C1100638
CITATION NO(S).

| | OFFENSE CODE | DESCRIPTION | OFFENSE DATE |
|---|---|---|---|
| 1 | 272/53/I | Noisy and Disorderly House, Keep | 07/30/2011 |
| | VARIABLES: Weapon: None | | |
| 2 | | | |
| 3 | | | |

REMARKS:
COMPLAINANT'S SIGNATURE: X [signature] S-805
DATE FILED: 8-29-11

COURT USE ONLY: A HEARING UPON THIS COMPLAINT APPLICATION WILL BE HELD AT THE ABOVE COURT ADDRESS ON
DATE OF HEARING: 9-16-11   TIME OF HEARING: 8:00 RM.1023
COURT USE ONLY CLERK/JUDGES

### PROCESSING OF NON-ARREST APPLICATION (COURT USE ONLY)

NOTICE SENT OF CLERK'S HEARING SCHEDULED ON:
NOTICE SENT OF JUDGE'S HEARING SCHEDULED ON:
HEARING CONTINUED TO:
APPLICATION DECIDED WITHOUT NOTICE TO ACCUSED BECAUSE:
☐ IMMINENT THREAT OF ☐ BODILY INJURY ☐ CRIME ☐ FLIGHT BY ACCUSED
☐ FELONY CHARGED AND POLICE DO NOT REQUEST NOTICE
☐ FELONY CHARGED BY CIVILIAN; NO NOTICE AT CLERK'S DISCRETION

| DATE | COMPLAINT TO ISSUE | COMPLAINT DENIED | CLERK/JUDGES |
|---|---|---|---|
| 9-15-11 | ☒ PROBABLE CAUSE FOUND FOR ABOVE OFFENSES NO(S). ☒ 1. ☐ 2. ☐ 3. BASED ON ☒ FACTS SET FOURTH IN ATTACHED STATEMENT(S) ☐ TESTIMONY RECORDED: TAPE NO ___ START NO. ___ END NO. ___ ☐ WARRANT ☒ SUMMONS TO ISSUE ARRAIGNMENT DATE: 10-28-11 | ☐ NO PROBABLE CAUSE FOUND ☐ REQUEST OF COMPLAINANT ☐ FAILURE TO PROSECUTE ☐ AGREEMENT OF BOTH PARTIES ☐ OTHER: COMMENT | BPS |

DCCR-2 (08/04) Complaint No: 2011000000638   COURT COPY   ACComplaintSingle 04/20/09

| STATEMENT OF FACTS IN SUPPORT OF APPLICATION FOR CRIMINAL COMPLAINT | APPLICATION NO. (COURT USE ONLY) | PAGE 1 OF 1 | Trial Court of Massachusetts District Court Department |
|---|---|---|---|
| The undersigned alleges the following as a ☒ full or ☐ partial statement of the factual basis for the offense(s) for which a criminal complaint is sought. | | COURT DIVISION WORCESTER DISTRICT COURT 225 Main Street Worcester MA 01608 | |

WPD Incident # 2011/74869

On July 30, 2011 I was informed by PO Joinville that he had responded to 38 Caro St. for a reported loud house. Joinville further stated that upon arrival he observed a large house party on the 2nd floor and he cleared the building. 38 Caro St is owned by Paul F. Giorgio, 17 Davis Rd. Millbury, MA: DOB [redacted]: SS# [redacted]. The address is listed as "problem"/ "property to watch" on the City of Worcester Property Analysis website. In the past 12 months the address has had 16 calls for police service including rowdy and disruptive behavior. Over the past 24 months the police have been called to this address 35 times. On January 11, 2011 I sent a letter to the property owner, Paul Giorgio, outlining the problem and offering to help him resolve the issue. Giorgio was delivered the letter in hand. Giorgio did not respond to my letter. Based upon the above facts, I believe Paul Giorgio, as the manager and controller of 38 Caro St. is in violation of MGL Ch 272 Sec 53 Keeper of a Disorderly House and I am requesting a hearing to determine if he should be charged.

| PRINTED NAME James Shugrue | SIGNATURE | I AM A: ☒ LAW ENFORCEMENT OFFICER ☐ CIVILIAN COMPLAINANT OR WITNESS | DATE SIGNED 8-4-11 |
|---|---|---|---|

ADDITIONAL FACTS FOUND BY CLERK-MAGISTRATE / ASST. CLERK / JUDGE BASED ON ORAL TESTIMONY

PC based on S of facts attached reports/documents

| REMARKS | SIGNATURE OF CLERK-MAGISTRATE / ASST. CLERK / JUDGE | ADDENDUM | DATE SIGNED 9-16-11 |
|---|---|---|---|

DCCR-2 (08/04)   Complaint No: 2011000000638                                                              ACComplaintSingle 04/20/09

Date/Time Printed: 09-19-2011 13:19:07   Version 2.0 - 11/06

| CRIMINAL COMPLAINT ORIGINAL | DOCKET NUMBER 1162CR007308 | NO. OF COUNTS 1 | Trial Court of Massachusetts District Court Department |
|---|---|---|---|
| **DEFENDANT NAME & ADDRESS** Paul F Giorgio, 17 Davis Road, Millbury, MA 01527 | | | **COURT NAME & ADDRESS** Worcester District Court, 225 Main Street, Worcester, MA 01608, (508)831-2010 |

| DEFENDANT DOB | COMPLAINT ISSUED 09/19/2011 | DATE OF OFFENSE 07/30/2011 | ARREST DATE | |
|---|---|---|---|---|
| OFFENSE CITY / TOWN Worcester | OFFENSE ADDRESS | | NEXT EVENT DATE & TIME 10/28/2011 9:00 AM | |
| POLICE DEPARTMENT Worcester PD | POLICE INCIDENT NUMBER 201174869 | | NEXT SCHEDULED EVENT Arraignment | |
| OBTN | | | ROOM / SESSION 1st Session, Ctrm 14 | |

The undersigned complainant, on behalf of the Commonwealth, on oath complains that on the date(s) indicated below the defendant committed the offense(s) listed below and on any attached pages.

| COUNT | CODE | DESCRIPTION |
|---|---|---|
| 1 | 272/53/I | NOISY & DISORDERLY HOUSE, KEEP c272 §53 |

On 07/30/2011 did knowingly keep a noisy and disorderly house, in violation of G.L. c. 272, §53.
PENALTY: jail or house of correction not more than 6 months; or not more than $200; or both.

| SIGNATURE OF COMPLAINANT | SWORN TO BEFORE CLERK-MAGISTRATE/ASST. CLERK/DEP. ASST. CLERK | DATE 9.19.11 |
|---|---|---|
| NAME OF COMPLAINANT | A TRUE COPY ATTEST   CLERK-MAGISTRATE/ ASST. CLERK | DATE |

**Notice to Defendant:** 42 U.S.C. § 3796gg-4(e) requires this notice: If you are convicted of a misdemeanor crime of domestic violence you may be prohibited permanently from purchasing and/or possessing a firearm and/or ammunition pursuant to 18 U.S.C. § 922 (g) (9) and other applicable related Federal, State, or local laws.