| CRIMINAL DOCKET | DOCKET NUMBER<br>1162CR007308 | NO. OF COUNTS<br>1 | Trial Court of Massachusetts<br>District Court Department |
|---|---|---|---|
| DEFENDANT NAME AND ADDRESS<br>Paul F Giorgio<br>17 Davis Road<br>Millbury, MA 01527 | DOB<br>[redacted]<br>DATE COMPLAINT ISSUED<br>09/19/2011<br>PRECOMPLAINT ARREST DATE | GENDER<br>Male<br>INTERPRETER REQUIRED | COURT NAME & ADDRESS<br>Worcester District Court<br>225 Main Street<br>Worcester, MA 01608 |

### FIRST FIVE OFFENSE COUNTS

| COUNT | CODE | OFFENSE DESCRIPTION | OFFENSE DATE |
|---|---|---|---|
| 1 | 272/53/I | NOISY & DISORDERLY HOUSE, KEEP c272 §53 | 07/30/2011 |

| DEFENSE ATTORNEY | OFFENSE CITY/TOWN | POLICE DEPARTMENT |
|---|---|---|
| Atty Ball | Worcester | Worcester PD |

| DATE & JUDGE | DOCKET ENTRY | DATE & JUDGE | FEES IMPOSED | |
|---|---|---|---|---|
| | ☐ Attorney appointed (SJC R. 3:10)<br>☐ Atty denied & Deft. Advised per 211 D §2A<br>☐ Waiver of Counsel found after colloquy | | Counsel Fee (211D § 2A¶2) $ | ☐ WAIVED |
| | | | Counsel Contribution (211D § 2) $ | ☐ WAIVED |
| | Terms of release set:  ☐ PR  ☐ Bail<br>☐ See Docket for special condition<br>☐ Held (276 §58A) | | Default Warrant Fee (276 § 30¶1) $ | ☐ WAIVED |
| | | | Default Warrant Arrest Fee (276 § 30 ¶2) $ | ☐ WAIVED |
| | Arraigned and advised:  ☐ Potential of bail revocation (276 §58)<br>☐ Right to bail to review (276 §58)<br>☐ Right to drug exam (111E § 10) | | Probation Supervision Fee (276 § 87A) $ | ☐ WAIVED |
| | | | Bail Order Forfeited | |
| | Advised of right to jury trial  ☐ Waiver of jury found after colloquy<br>☐ Does not waive | | | |
| | Advised of trial rights as pro se (Dist. Ct. Supp.R.4) | | | |
| | Advised of right of appeal to Appeals Ct. (M.R. Crim P.R. 28) | | | |

### SCHEDULING HISTORY

| NO. | SCHEDULED DATE | EVENT | RESULT | JUDGE | TAPE START/STOP |
|---|---|---|---|---|---|
| 1 | 10/28/2011 | Arraignment | ☐ Held  ☐ Not Held but Event Resolved  ☐ Cont'd | | |
| 2 | 12.7.11 | ARR | ☐ Held  ☐ Not Held but Event Resolved  ☐ Cont'd | | |
| 3 | 6.1.12 | ARR | ☐ Held  ☐ Not Held but Event Resolved  ☐ Cont'd | 14 Ricciardone | |
| 4 | 6.4.12 | ARR | ☐ Held  ☑ Not Held but Event Resolved  ☐ Cont'd | Despotopulos | |
| 5 | 6.20.12 | ARR | ☐ Held  ☐ Not Held but Event Resolved  ☐ Cont'd | | |
| 6 | | | ☐ Held  ☐ Not Held but Event Resolved  ☐ Cont'd | | |
| 7 | | | ☐ Held  ☐ Not Held but Event Resolved  ☐ Cont'd | | |
| 8 | | | ☐ Held  ☐ Not Held but Event Resolved  ☐ Cont'd | | |
| 9 | | | ☐ Held  ☐ Not Held but Event Resolved  ☐ Cont'd | | |
| 10 | | | ☐ Held  ☐ Not Held but Event Resolved  ☐ Cont'd | | |

**APPROVED ABBREVIATIONS**
ARR = Arraignment   PTH = Pretrial hearing   DCE = Discovery compliance & jury selection   BTR = Bench trial   JTR = Jury trial   PCH = Probable cause hearing   MOT = Motion hearing   SRE = Status review
SRP = Status review of payments   FAT = First appearance in jury session   SEN = Sentencing   CWF = Continuance-without-finding scheduled to terminate   PRO = Probation scheduled to terminate
DFTA = Defendant failed to appear & was defaulted   WAR = Warrant Issued   WARD = Default warrant issued   WR = Warrant or default warrant recalled   PVH = probation revocation hearing.

| A TRUE COPY ATTEST: | CLERK-MAGISTRATE / ASST CLERK<br>X | TOTAL NO. OF PAGES | ON (DATE) |
|---|---|---|---|

Date/Time Printed: 09-19-2011 13:19:07                1162CR007308                Version 2.0 - 11/06

| CRIMINAL DOCKET - OFFENSES | DEFENDANT NAME<br>Paul F Giorgio | DOCKET NUMBER<br>1162CR007308 |
|---|---|---|

| COUNT / OFFENSE | DISPOSITION DATE AND JUDGE |
|---|---|
| 1  NOISY & DISORDERLY HOUSE, KEEP c272 §53 | 6-20-12   M. Brennan J |

| DISPOSITION METHOD | FINE/ASSESSMENT | SURFINE | COSTS | OUI §24D FEE | OUI VICTIMS ASMT |
|---|---|---|---|---|---|
| ☐ Guilty Plea or ☐ Admission to Sufficient Facts accepted after colloquy and 278 §29D warning | | | | | |
| | HEAD INJURY ASMT | RESTITUTION | V/W ASSESSMENT | BATTERER'S FEE | OTHER |
| ☐ Bench Trial | | | | | |
| ☐ Jury Trial | SENTENCE OR OTHER DISPOSITION |
| ☐ Dismissed upon: | ☐ Sufficient facts found but continued without a finding until: |
|   ☐ Request of Commonwealth  ☐ Request of Victim | ☐ Defendant placed on probation until: |
|   ☒ Request of Defendant  ☐ Failure to prosecute |   ☐ Risk/Need or OUI  ☐ Administrative Supervision |
|   ☐ Other: | ☐ Defendant placed on pretrial probation (276 §87) until: |
| ☐ Filed with Defendant's consent | ☐ To be dismissed if court costs / restitution paid by: |
| ☒ Nolle Prosequi | |
| ☐ Decriminalized (277 §70 C) | |

| FINDING | | FINAL DISPOSITION | JUDGE | DATE |
|---|---|---|---|---|
| ☐ Guilty | ☐ Not Guilty | ☐ Dismissed on recommendation of Probation Dept. | | |
| ☐ Responsible | ☐ Not Responsible | ☐ Probation terminated: defendant discharged | | |
| ☐ Probable Cause | ☐ No Probable Cause | ☐ Sentence or disposition revoked (see cont'd page) | | |

| COUNT / OFFENSE | DISPOSITION DATE AND JUDGE |
|---|---|
| | |

| DISPOSITION METHOD | FINE/ASSESSMENT | SURFINE | COSTS | OUI §24D FEE | OUI VICTIMS ASMT |
|---|---|---|---|---|---|
| ☐ Guilty Plea or ☐ Admission to Sufficient Facts accepted after colloquy and 278 §29D warning | | | | | |
| | HEAD INJURY ASMT | RESTITUTION | V/W ASSESSMENT | BATTERER'S FEE | OTHER |
| ☐ Bench Trial | | | | | |
| ☐ Jury Trial | SENTENCE OR OTHER DISPOSITION |
| ☐ Dismissed upon: | ☐ Sufficient facts found but continued without a finding until: |
|   ☐ Request of Commonwealth  ☐ Request of Victim | ☐ Defendant placed on probation until: |
|   ☐ Request of Defendant  ☐ Failure to prosecute |   ☐ Risk/Need or OUI  ☐ Administrative Supervision |
|   ☐ Other: | ☐ Defendant placed on pretrial probation (276 §87) until: |
| ☐ Filed with Defendant's consent | ☐ To be dismissed if court costs / restitution paid by: |
| ☐ Nolle Prosequi | |
| ☐ Decriminalized (277 §70 C) | |

| FINDING | | FINAL DISPOSITION | JUDGE | DATE |
|---|---|---|---|---|
| ☐ Guilty | ☐ Not Guilty | ☐ Dismissed on recommendation of Probation Dept. | | |
| ☐ Responsible | ☐ Not Responsible | ☐ Probation terminated: defendant discharged | | |
| ☐ Probable Cause | ☐ No Probable Cause | ☐ Sentence or disposition revoked (see cont'd page) | | |

| COUNT / OFFENSE | DISPOSITION DATE AND JUDGE |
|---|---|
| | |

| DISPOSITION METHOD | FINE/ASSESSMENT | SURFINE | COSTS | OUI §24D FEE | OUI VICTIMS ASMT |
|---|---|---|---|---|---|
| ☐ Guilty Plea or ☐ Admission to Sufficient Facts accepted after colloquy and 278 §29D warning | | | | | |
| | HEAD INJURY ASMT | RESTITUTION | V/W ASSESSMENT | BATTERER'S FEE | OTHER |
| ☐ Bench Trial | | | | | |
| ☐ Jury Trial | SENTENCE OR OTHER DISPOSITION |
| ☐ Dismissed upon: | ☐ Sufficient facts found but continued without a finding until: |
|   ☐ Request of Commonwealth  ☐ Request of Victim | ☐ Defendant placed on probation until: |
|   ☐ Request of Defendant  ☐ Failure to prosecute |   ☐ Risk/Need or OUI  ☐ Administrative Supervision |
|     Other: | ☐ Defendant placed on pretrial probation (276 §87) until: |
| ☐ Filed with Defendant's consent | ☐ To be dismissed if court costs / restitution paid by: |
| ☐ Nolle Prosequi | |
| ☐ Decriminalized (277 §70 C) | |

| FINDING | | FINAL DISPOSITION | JUDGE | DATE |
|---|---|---|---|---|
| ☐ Guilty | ☐ Not Guilty | ☐ Dismissed on recommendation of Probation Dept. | | |
| ☐ Responsible | ☐ Not Responsible | ☐ Probation terminated: defendant discharged | | |
| ☐ Probable Cause | ☐ No Probable Cause | ☐ Sentence or disposition revoked (see cont'd page) | | |

Date/Time Printed: 09-19-2011 13:19:07     1162CR007308     Version 2.0 - 11/06