UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

COLLEGE HILL PROPERTIES, LLC, )
CARO STREET PROPERTIES, LLC, )
CLAY STREET PROPERTIES, LLC, )
PAUL F. GIORGIO, individually and )
DIANA H. GIORIGO, individually, )
 )
              Plaintiffs, )
 )
v. )    C.A. No. 4:15-CV-40009-TSH
 )
THE CITY OF WORCESTER, by and through )
the DEPARTMENT OF BUILDING AND )
ZONING, the DEPARTMENT OF HEALTH )
AND HOUSING INSPECTIONS, the )
DEPARTMENT OF INSPECTIONAL )
SERVICES, the BOARD OF PUBLIC HEALTH)
WORCESTER POLICE DEPARTMENT, the )
City Manager, MICHAEL V. O'BRIEN in his )
Official and individual capacities, City Councilor)
BARBARA HALLER in her Official and )
individual capacities, Commissioner of Building )
and Zoning JOHN R. KELLY, in his Official and)
individual capacities, Director of Housing and )
Health Inspections AMANDA M. WILSON, in )
her Official and individual capacities, Code )
Enforcement Officer and Housing and Health )
Inspector JOHN NORDBERG, in his Official and )
individual capacities, Code Enforcement Officer )
and Housing and Health Inspector )
JOHN CARLSON, in his Official and individual )
capacities, Police Chief GARY GEMME, in his )
Official and individual capacities, Police )
Lieutenant JAMES SHUGRUE, in his Official )
And individual capacities, )
              Defendants. )

## ASSENTED TO MOTION FOR EXTENSION OF TIME IN WHICH TO FILE AN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS

The Plaintiffs, with Defendants' assent, hereby move for an extension of time in which to file an opposition to Defendants' Motion to Dismiss up to and including March 6, 2015. The extension of time is warranted as Plaintiffs' counsel has been unable to travel to his office on numerous days after the filing of Defendants' Motion due to severe weather conditions. In addition, the issues presented by the Motion are numerous and of some complexity.

**WHEREFORE**, Plaintiffs, with Defendants' assent, hereby move this Honorable Court for an extension of time in which to file an opposition to Defendants' Motion to Dismiss up to and including March 6, 2015.

| | |
|---|---|
| ASSENTED TO:<br>CITY OF WORCESTER, ET ALS.<br>By their attorneys,<br>David M. Moore<br>City Solicitor<br><br>*/s/ Kevin K. Gould*<br>Kevin M. Gould (BBO#661545)<br>Ann S. Refolo (BBO#650342)<br>Assistant City Solicitors<br>City Hall, Room 301<br>455 Main Street<br>Worcester, MA 01608<br>(508) 799-1161<br>quinnwl@worcesterma.gov<br>gouldk@worcesterma.gov<br>refoloa@worcesterma.gov | Plaintiffs,<br><br>*/s/ Eric Stafford*<br>By their attorneys,<br>Jeffrey A. Denner (BBO #120520)<br>Eric Stafford (BBO #551074)<br>Jeffrey Denner Associates, P.C.<br>4 Longfellow Place, 35th Floor<br>Boston, MA 02114<br>(617) 227-2800<br>atty.ericstafford@gmail.com |

## CERTIFICATE OF CONFERENCE PURSUANT TO LOCAL RULE 7.1

I, the undersigned, hereby certify that the parties have conferred and narrowed the issues in dispute so that the above motion is filed with Plaintiff's assent.

/s/ Eric Stafford
Eric Stafford

## CERTIFICATE OF SERVICE

I, Eric Stafford, hereby certify that on this 19th day of February, 2015, the within Assented to Motion for Extension of Deadline for an Answer or Responsive Pleading was served upon Plaintiff through service to via the United States District Court's electronic notification system.

/s/ Eric Stafford
Eric Stafford
Counsel for the Plaintiffs