**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**


**College Hill Properties, et al.,**
            **Plaintiffs,**

                                                    **CIVIL ACTION**

        **V.**
                                                    **NO. 15-40009-TSH**

**Worcester, et al.,**
            **Defendants,**


## ORDER OF DISMISSAL


**Hillman,  D. J.**


        In accordance with the Court's Memorandum and Order dated 9/30/15, granting the defendants' motion to dismiss, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.



                                                    **By the Court,**


    **9/30/15**                                     **/s/ Martin Castles**
        **Date**                                    **Deputy Clerk**