## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **COLLEGE HILL PROPERTIES, LLC,** )<br>**CARO STREET PROPERTIES, LLC,** )<br>**CLAY STREET PROPERTIES, LLC,** )<br>**PAUL F. GIORGIO, individually and** )<br>**DIANA H. GIORIGO, individually,** )<br>)<br>         **Plaintiffs,** )<br>)<br>)<br>v.                                                                                           )<br>)<br>**THE CITY OF WORCESTER, by and through** )<br>**the DEPARTMENT OF BUILDING AND** )<br>**ZONING, the DEPARTMENT OF HEALTH** )<br>**AND HOUSING INSPECTIONS, the** )<br>**DEPARTMENT OF INSPECTIONAL** )<br>**SERVICES, the BOARD OF PUBLIC HEALTH**)<br>**WORCESTER POLICE DEPARTMENT, the** )<br>City Manager, **MICHAEL V. O'BRIEN in his** )<br>Official and individual capacities, City Councilor )<br>**BARBARA HALLER** in her Official and )<br>individual capacities, Commissioner of Building )<br>and Zoning **JOHN R. KELLY,** in his Official and )<br>individual capacities, Director of Housing and )<br>Health Inspections **AMANDA M. WILSON,** in )<br>her Official and individual capacities, Code )<br>Enforcement Officer and Housing and Health )<br>Inspector **JOHN NORDBERG,** in his Official )<br>and individual capacities, Code Enforcement )<br>Officer and Housing and Health Inspector )<br>**JOHN CARLSON,** in his Official and individual )<br>capacities, Police Chief **GARY GEMME,** in his )<br>Official and individual capacities, Police )<br>Lieutenant **JAMES SHUGRUE,** in his Official )<br>And individual capacities, )<br>         **Defendants.** )<br>) | C.A. No. 4:15-CV-40009-TSH |

## NOTICE OF APPEAL

Notice is hereby given that all Plaintiffs in the above named case hereby appeal to the United States Court of Appeals for the First Circuit from the final judgment entered on Defendants' Motion to Dismiss on September 30, 2015.

Date:   October 28, 2015

Respectfully submitted,

The Plaintiffs,
COLLEGE HILL PROPERTIES, LLC,
CARO STREET PROPERTIES, LLC,
CLAY STREET PROPERTIES, LLC,
PAUL F. GIORGIO, individually and
DIANA H. GIORGIO, individually,
By their attorneys,

 /s/ *Eric Stafford*
Jeffrey A. Denner (BBO #120520)
Eric Stafford (BBO #551074)
Jeffrey Denner Associates, P.C.
Four Longfellow Place, 35th Floor
Boston, MA 02114
Tel.    (617) 227-2800
Fax    (617) 973-1562
jdenner@dennerlaw.com
atty.ericstafford@gmail.com

## Certificate of Service

I, Eric Stafford, hereby certify that on this the 28th day of October 2015, I caused a true copy of the foregoing *Notice of Appeal* to be served upon all necessary parties by virtue of electronically filing the same via the CM/ECF system.

 /s/ *Eric Stafford*
Eric Stafford