# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## CLERK'S CERTIFICATE AND APPEALS COVER SHEET

### ABBREVIATED ELECTRONIC RECORD

Case Caption: College Hill Properties et al v. Worcester et al

District Court Number: 15cv40009-TSH

Fee: Paid? Yes _X_ No ____ Government filer ____ *In Forma Pauperis* Yes ____ No ____

| | | | |
|---|---|---|---|
| Motions Pending | Yes ____ No _X_ | Sealed documents | Yes ____ No _X_ |
| If yes, document # | | If yes, document # | |
| *Ex parte* documents | Yes ____ No _X_ | Transcripts | Yes ____ No _X_ |
| If yes, document # | | If yes, document # | |

Notice of Appeal filed by: Plaintiff/Petitioner _X_ Defendant/Respondent ____ Other: ____

Appeal from:

### #17 Memorandum and Order, #18 Order of Dismissal

Other information:

I, Robert M. Farrell, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

### #17, #18, and #19

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal # 19 filed on October 28, 2015.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on October 29, 2015.

**ROBERT M. FARRELL**
Clerk of Court

/s/Matthew A. Paine
Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**